UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　Defendant. | Civil Action No. 24-2558 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's October 30, 2024, Minute Order, Defendant Environmental Protection Agency ("EPA") and Plaintiff Functional Government Initiative ("FGI") submit this joint status report in this Freedom of Information Act ("FOIA") case.

The parties report that the FOIA request at issue in this case is overly broad and that the parties are in discussions regarding ways to narrow the scope of the request. The parties' goal is to reach agreement on the scope of the FOIA request which will allow EPA to identify a collection of potentially responsive records for review. As such, EPA has not yet completed its search for records and is unable to provide an anticipated number of responsive documents at this time. Considering the parties' ongoing discussions concerning EPA's search for responsive records, the parties agree that it is premature to set a production schedule or briefing on a dispositive motion. EPA further reports that it does not at this time anticipate moving for a stay pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). The parties further report that after EPA completes its release of responsive, non-exempt records, the parties will confer with each other in an attempt to resolve any of their differences without burdening the

- 2 -

Court. If they are still unable to resolve any of their differences, the parties will at that time request that the Court set a briefing schedule for summary judgment on those issues that the parties are unable to resolve.

To permit the parties to continue their discussions regarding the scope of the FOIA request and a production schedule, the parties respectfully request that the Court order them to file another joint status report by January 16, 2025.

Dated: November 13, 2024
       Washington, DC

   /s/ Jeremiah L. Morgan_____
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/ *Dimitar P. Georgiev*
    DIMITAR P. GEORGIEV, D.C. Bar #1735756
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 815-8654

*Attorneys for the United States of America*