UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>      Plaintiff,<br><br>      v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>      Defendant. | Civil Action No. 24-2558 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's January 17, 2025, Minute Order, Defendant Environmental Protection Agency ("EPA") and Plaintiff Functional Government Initiative ("FGI") submit this joint status report in this Freedom of Information Act ("FOIA") case.

The parties report that they have conferred regarding narrowing the scope of the overly broad FOIA request at issue in this case. Based on that discussion, EPA developed search term sets and provided FGI with potential search options. FGI has clarified its FOIA request and agreed to a search strategy proposed by EPA. EPA has executed the search and identified approximately 545 potentially responsive records which total approximately 58,865 pages. This page count is voluminous in part because several responsive documents appear to be composed of draft regulatory text that can be hundreds of pages long. FGI has agreed that non-final draft regulatory documents will be considered not responsive to the FOIA request which will allow the records to be reviewed more quickly. EPA will now begin review of the records to determine whether the records are responsive to the FOIA request and whether FOIA exemptions apply.

EPA expects to complete review and processing of the 545 potentially responsive records by June 12, 2025. If there are records requiring review by other federal agencies, it is possible that those records may require additional processing time.

To permit EPA time to process the records, for FGI to review any produced records, and for the parties to engage in good faith effort to resolve their differences, if any, without further burdening the Court, the parties respectfully request that the Court allow them to file another joint status report by June 26, 2025.

Dated: March 17, 2025
       Washington, DC

  /s/ *Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:     /s/ *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar #1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 815-8654

*Attorneys for the United States of America*