UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>   Plaintiff,<br><br>  v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>   Defendant. | Civil Action No. 24-2558 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 18, 2025, Minute Order, Defendant Environmental Protection Agency ("EPA") and Plaintiff Functional Government Initiative ("FGI") submit this joint status report in this Freedom of Information Act ("FOIA") case.

The parties report that EPA produced 368 responsive records totaling 23,024 pages to FGI on June 12, 2025. EPA has identified twelve records that have been withheld in full. EPA reports that twenty-three records are undergoing interagency consultation. These records will be produced, if releasable in full or in part, on a rolling basis when EPA receives responses from the other agencies. EPA endeavors to produce the remaining interagency records by July 31, 2025, if possible, or will otherwise provide an update to Plaintiff on the status of the interagency records at that time.

The parties respectfully request that the Court allow them to file another joint status report by September 25, 2025.

| | |
|---|---|
| Dated: June 26, 2025<br>Washington, DC | Respectfully submitted, |
| | JEANINE FERRIS PIRRO<br>United States Attorney |
|   */s/ Jeremiah L. Morgan*<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070<br>jmorgan@lawandfreedom.com | By:     /s/ *Dimitar P. Georgiev*<br>DIMITAR P. GEORGIEV, D.C. Bar # 1735756<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 815-8654<br><br>*Attorneys for the United States of America* |
| *Counsel for Plaintiff* | |

- 2 -