UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT
INITIATIVE,

       Plaintiff,

    v.

ENVIRONMENTAL PROTECTION
AGENCY,

       Defendant.

Civil Action No. 24-2558 (AHA)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated:  March 12, 2026

Respectfully submitted,

*/By Permission/ Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By:      /s/ *Dimitar P. Georgiev*
    DIMITAR P. GEORGIEV, D.C. Bar # 1735756
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252 – 7678

*Attorneys for the United States of America*